IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

JENNIFER DELAIR,                                    3:11-CV-6054-MA

        Plaintiff,                              ORDER FOR EAJA ATTORNEY FEES

v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

        Defendant.

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees, in the amount of $6,149.39. Attorney fees for Plaintiff shall be mailed to Plaintiff's Attorney, at address: Alan Stuart Graf, PC, 316 Second Rd., Summertown, TN 38483.

IT IS SO ORDERED.

DATED this __29__ day of December, 2011.

                                                   _/s/ Malcolm F. Marsh_
                                                   Malcolm F. Marsh
                                                   United States District Judge

1 - ORDER FOR EAJA ATTORNEY FEES