IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| JENNIFER DELAIR, | 3:11-CV-6054-MA |
| Plaintiff, | ORDER FOR EAJA ATTORNEY FEES |
| v. | |
| MICHAEL ASTRUE,<br>Commissioner of Social<br>Security, | |
| Defendant. | |

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees, in the amount of $6,149.39. Attorney fees for Plaintiff shall be mailed to Plaintiff's Attorney, at address: Alan Stuart Graf, PC, 316 Second Rd., Summertown, TN 38483.

IT IS SO ORDERED.

DATED this __29__ day of December, 2011.

                                        */s/ Malcolm F. Marsh*
                                        Malcolm F. Marsh
                                        United States District Judge

1 - ORDER FOR EAJA ATTORNEY FEES